**AMBER A. BAYLOR**
California State Bar No. 248196
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Amber_Baylor@fd.org

Attorneys for Mr. Orozco-Arellano

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM MCCURINE, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ2487-WMC |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| JOSE MANUEL OROZCO-ARELLANO, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Amber A. Baylor, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: October 31, 2007         /s/ *Amber Baylor*
**AMBER BAYLOR**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Orozco-Arellano
Amber_Baylor@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated: October 31, 2007        /s/ *Amber Baylor*
                  **AMBER BAYLOR**
                  Federal Defenders of San Diego, Inc.
                  225 Broadway, Suite 900
                  San Diego, CA  92101-5030
                  (619) 234-8467  (tel)
                  (619) 687-2666  (fax)
                  E-mail: Amber_Baylor@fd.org